IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MILTON WILLIAMS,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**TMS INTERNATIONAL, LLC,** *et al.*<br><br>        **Defendants.** | Civil Action No: 3:21-cv-00260-DJN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Milton Williams and Defendants TMS International, LLC, Patrice Hlavaty, and Peter Wekenmann hereby notify this Court that they have resolved this matter and move the Court to dismiss this matter with prejudice, each party to bear its own costs and attorneys' fees. By agreement of the parties, this Court shall retain jurisdiction over the settlement agreement between the parties pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375 (1994).

Dated:  December 15, 2021

                  Respectfully submitted,

                  */s/ Harris D. Butler, III*
                  Harris D. Butler, III (VSB No. 26483)
                  Craig J. Curwood (VSB No. 43975)
                  Butler Curwood, PLC
                  140 Virginia Street, Suite 302
                  Richmond, Virginia 23219
                  Tel: (804) 648-4848
                  Fax: (804) 237-0413
                  Email: harris@butlercurwood.com
                        craig@butlercurwood.com

                  John M. Janson (VSB. No. 91236)
                  John M. Janson, Attorney at Law, PLLC

        830 West High Street
        South Hill, Virginia 23970
        Tel:    (434) 953-8794
        Fax:   (434) 774-2786
        Email: johnmjanson@gmail.com

*Counsel for Plaintiff*


        */s/ Kevin Holden*
        Kevin Holden (VSB No. 30840)
        Courtney Malveaux (VSB No. 51064)
        JACKSON LEWIS P.C.
        701 E. Byrd Street
        P.O. Box 85068
        Richmond, Virginia 23285
        Tel:    (804) 649-0404
        Fax:   (804) 649-0403
        Email: kevin.holden@jacksonlewis.com
                courtney.malveaux@jacksonlewis.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following:

Kevin Holden, Esq.
Courtney Malveaux, Esq.
JACKSON LEWIS P.C.
701 E. Byrd Street
P.O. Box 85068
Richmond, Virginia 23285
Tel: (804) 649-0404
Fax: (804) 649-0403
Email: kevin.holden@jacksonlewis.com
         courtney.malveaux@jacksonlewis.com

*Counsel for Defendants*

                                        */s/ Harris D. Butler, III*
                                        Harris D. Butler, III (VSB No. 26483)
                                        Butler Curwood, PLC
                                        140 Virginia Street, Suite 302
                                        Richmond, Virginia 23219
                                        Tel:   (804) 648-4848
                                        Fax:   (804) 237-0413
                                        Email: harris@butlercurwood.com