IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MILTON WILLIAMS,
    Plaintiff,

v.                                                    Civil No. 3:21cv260 (DJN)

TMS INTERNATIONAL, LLC, *et al.*,
    Defendants.

**ORDER**
**(Dismissing Case With Prejudice)**

This matter comes before the Court on the parties' joint Stipulation of Dismissal With Prejudice (ECF No. 33). Because the parties have settled all matters in controversy, the Court hereby DISMISSES WITH PREJUDICE all claims by Plaintiff against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and costs. By agreement of the parties, pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                             /s/
                                              David J. Novak
                                              United States District Judge

Richmond, Virginia
Dated: December 16, 2021